IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                                                    **PLAINTIFF**

v.                            **Case No. 4:17-cr-00159-01 KGB**

**JUAN CARLOS RIVERA**                                                                                                  **DEFENDANT**

## ORDER

Pending is defendant Juan Rivera's motion for adjustment of sentence (Dkt. No. 119). Applying retroactive United States Sentencing Guideline Amendment 821 does not reduce Mr. Rivera's criminal history category because he was sentenced as a career offender. Even if Mr. Rivera was not a career offender, his criminal history score would go from 23 to 22, but his criminal history category would remain VI. Therefore, Mr. Rivera's guideline range would remain the same.[1] Additionally, Mr. Rivera's plea agreement "waive[d] the right to have the sentence modified pursuant to Title 18, United States Code, Section 3582(c)(2) . . . ." (Dkt. No. 61, at 3). Because Rivera knowingly and voluntarily entered into his plea agreement, including this waiver, he is not entitled to relief. *United States v. Cowan,* 781 F. App'x 571 (8th Cir. 2019) (affirming dismissal of a § 3582(c)(2) motion when the record establish that the defendant knowingly and voluntarily entered the plea agreement).

For all of these reasons, the Court denies the motion (Dkt. No. 119).

---

[1] *See* United States Sentencing Guidelines § 1B1.10 (a)(2) ("Exclusions.—A reduction in the defendant's term of imprisonment is not consistent with this policy statement and therefore is not authorized under 18 U.S.C. § 3582(c)(2) if— . . . an amendment listed in subsection (d) does not have the effect of lowering the defendant's applicable guideline range.").

It is so ordered this 3rd day of September, 2024.

                                                              Kristine G. Baker  
                                                              Chief United States District Court Judge